UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:09-CR-00157-F-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | ORDER TO SEAL |
| v. | ) | SENTENCING MEMORANDUM |
| | ) | |
| LARAY COPELAND | ) | |
| | ) | |
| Defendant | ) | |

ON MOTION OF THE DEFENDANT, and for good cause shown, the Court hereby enters this ORDER thereby SEALING the Sentencing Memorandum. [DE-244].

SO ORDERED, this the 8th day of July 2014.

James C. Fox
Senior United States District Judge